UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:<br>CLIVE L. BURNETT and IMODALE L. BURNETT<br>    Debtor(s) | BCN#: 08-33010\KRH<br>Chapter: 13 |
| AURORA LOAN SERVICES, LLC<br>or present noteholder,<br>    Movant/Secured Creditor,<br>v.<br>CLIVE L. BURNETT and IMODALE L. BURNETT<br>    Debtor(s)<br>and<br>ROBERT E HYMAN<br>    Trustee<br>    Respondents | MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND NOTICE OF MOTION AND HEARING |

AURORA LOAN SERVICES, LLC, and/or present noteholder, (Movant herein), alleges as follows:

1.  The bankruptcy court has jurisdiction over this contested matter pursuant to 28 U.S.C. Sections 157, and 1334; 11 U.S.C. Section 362; Federal Rule of Bankruptcy Procedure 9014; and Local Bankruptcy Rule 4001(a)-1.

2.  The above named Debtor(s) filed a Chapter 13 Petition in Bankruptcy with this Court on June 30, 2008.

3.  ROBERT E HYMAN has been appointed by this Court as the Chapter 13 Trustee in this instant Bankruptcy proceeding.

Trenita Jackson-Stewart, VSB# 48412
Attorney for Aurora Loan Services, Inc.
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462
(757) 687-8777                                    08-138395V

4. Movant is the current payee of a promissory note secured by a deed of trust upon a parcel of real property with the address of 14907 LANSGATE COURT, Midlothian, VA 23112 and more particularly described in the deed of trust dated June 28, 2007 and recorded among the land records of the said city/county, as:

LANSGATE LOT 28

5. Movant is informed and believes, and, based upon such information and belief, alleges that title to the subject Property is currently vested in the name of the Debtor(s).

6. The Debtor(s) is/are in default with regard to payments which have become due under the terms of the aforementioned note and deed of trust since the filing of the Chapter 13 Petition.

The Debtor(s) is/are due for:
- 3 post petition monthly payments of $1,147.29 each which were to be paid directly to Movant;
- Attorney fees and costs of $800.00
- Negative escrow of $344.66
- Suspense Balance of -$43.27

7. A proof of claim for pre-petition arrears was filed with this Court on Movant's behalf on December 9, 2008, in the amount of $2,765.05.

8. Movant has elected to initiate foreclosure proceedings on the Property with respect to the subject Trust Deed but is prevented by the Automatic Stay from going forward with these proceedings.

9. Movant is informed and believes, and, based upon such information and belief, alleges that absent this Court's Order allowing this Movant to proceed with the pending foreclosure, Movant's security will be significantly jeopardized and/or destroyed.

10. Continuation of the automatic stay of 11 U.S.C. Section 362(a) will work real and irreparable harm and deprive Movant of the adequate protection to which it is entitled under 11 U.S.C. Section 362 due to the aforementioned facts.

11. Movant has requested that the Court hear this matter on January 7, 2009, at 9:30AM

WHEREFORE, Movant prays for an order granting relief from Automatic Stay in order to pursue its remedies under the terms of its Note and Deed of Trust, that the 10 day waiting period imposed by F.R.B.P. 4001(a)(3) be waived, for its attorneys fees and costs expended, and for such other and further relief as the Court and equity deem meet.

Dated: 12-9-08

SHAPIRO & BURSON, LLP
Attorneys for Movant

By: _____
Trenita Jackson-Stewart, VSB# 48412
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462
(757) 687-8777
08-138395V

## NOTICE OF MOTION AND HEARING

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not wish the Court to grant the relief sought in this motion, or if you want the Court to consider your views on the motion, then within fifteen (15) days from the date of service of this motion, you must file a written response explaining your position with the Court at the following address: Clerk of Court, United States Bankruptcy Court, 701 East Broad Street, Room 4000, Richmond, VA 23219-3515, and serve a copy on the movant. Unless a written response if filed and served within this fifteen day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the fifteen day period.

Attend the preliminary hearing scheduled to be held on: **January 7, 2009 at 9:30AM** in Courtroom #5000, United States Bankruptcy Court, 701 East Broad Street, Richmond, Virginia.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 12-9-08

SHAPIRO & BURSON, LLP
Attorneys for Movant

By: _____
Trenita Jackson-Stewart, VSB# 48412
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462
(757) 687-8777

## CERTIFICATE OF MAILING

I certify that I have this ___9___ day of ___Dec___, 2008, electronically transmitted and/or mailed via first class mail, postage pre-paid, true copies of the above mentioned Motion for Order Granting Relief from Automatic Stay and Notice of Motion and Hearing to each party required to receive notice under Local Bankruptcy Rule 4001(a)-1(F)(1) as follows:

WILLIAM C. PARKINSON, JR.
5310 MARKEL ROAD SUITE 200
Richmond, VA 23230

ROBERT E HYMAN
P.O. BOX 1780
RICHMOND, VA 23218

CLIVE L. AND IMODALE L. BURNETT
14907 LANSGATE COURT
Midlothian, VA 23112

_____
TRENITA JACKSON STEWART

08-138395V