UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                           BCN#: 08-33010\KRH
CLIVE L. BURNETT                     Chapter: 13
IMODALE L. BURNETT
       Debtor(s)
AURORA LOAN SERVICES, LLC
or present noteholder,
       Movant/Secured Creditor,
v.                                             ORDER WITHRAWING MOTION
CLIVE L. BURNETT
IMODALE L. BURNETT
       Debtor(s)
and
ROBERT E. HYMAN
       Trustee
       Respondents

       Upon review of the above-captioned motion for relief from stay; and WHEREAS, the Movant wishes to withdraw said motion,

       IT IS ORDERED that the above Motion for Relief from Stay be withdrawn and removed from this Court's docket.

                                                               By the Court:

Feb 5 2009

                                                               /s/ Kevin Huennekens
                                                               United States Bankruptcy Judge
                                                               Notice of Judgment or
                                                               Order Entered on Docket: February 5, 2009

Christine S. Patterson, VSB# 32957
Trenita Jackson-Stewart, VSB# 48412
SHAPIRO & BURSON, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, VA 23462
(757) 687-8777  08-138395V

I ASK FOR THIS:

  /s/ Christine S. Patterson
TRENITA JACKSON STEWART
CHRISTINE S. PATTERSON, Counsel for Movant

I certify that I have served the proposed ORDER WITHRAWING MOTION upon all necessary parties to the action by first class mail, postage prepaid, on the 3rd day of February, 2009.

  /s/ Christine S. Patterson
TRENITA JACKSON STEWART
CHRISTINE S. PATTERSON, Counsel for Movant


Copies of this ORDER WITHRAWING MOTION are to be sent to:

SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462

WILLIAM C. PARKINSON, JR.
5310 MARKEL ROAD, SUITE 200
RICHMOND, VA 23230

ROBERT E. HYMAN
P.O. BOX 1780
RICHMOND, VA 23218-1780

CLIVE L. AND IMODALE L. BURNETT
14907 LANSGATE COURT
MIDLOTHIAN, VA 23112


08-138395V

Case 08-33010-KRH    Doc 33    Filed 02/07/09    Entered 02/08/09 01:01:13    Desc Imaged
                                Certificate of Service    Page 3 of 3

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: sewardt              Page 1 of 1         Date Rcvd: Feb 05, 2009
Case: 08-33010                 Form ID: pdforder          Total Served: 2

The following entities were served by first class mail on Feb 07, 2009.
db           +Clive L. Burnett,    14907 Lansgate Court,    Midlothian, VA 23112-2374
jdb          +Imodale L. Burnett,    14907 Lansgate Court,    Midlothian, VA 23112-2374

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2009**                            **Signature:** _Joseph Speetjens_